

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-23-00301-CR |
| EX PARTE: | § | Appeal from the |
| MIGUEL ANGEL MELO-SANCHEZ, | § | County Court |
| Appellant. | § | of Kinney County, Texas |
| | § | (TC# 11676CR) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying Appellant's application for a pretrial writ of habeas corpus on the merits, and render judgment granting the writ, discharging Appellant from bail if applicable, and dismissing the charge against him with prejudice. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JANUARY 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox, and Soto, JJ.
Alley, C.J., concurring without written opinion